NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

(Serial No. 10/201,948)

## IN RE YASUHITO TANAKA

---

2010-1262

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

The Director of the United States Patent and Trademark Office moves for a 30-day extension of time, until August 19, 2010, to file his brief, and for an extension of time, until September 16, 2010, for Yasuhito Tanaka to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 0 9 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles Gorenstein, Esq.
     Raymond T. Chen, Esq.
     Carter G. Phillips, Esq.
     R. Carl Moy, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2010

JAN HORBALY
CLERK